DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
JOSHUA S. WHITE, State Bar #237223
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4259
Facsimile:     (415) 554-3837
E-Mail:        joshua.white@sfgov.org

Attorneys for Defendant, CITY AND COUNTY OF
SAN FRANCISCO, DEPUTIES EDWARDS, LOVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MACAY,<br><br>         Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; SAN FRANCISCO SHERIFF'S DEPARTMENT, a municipal corporation; DEPUTY EDWARDS, individually, and in his capacity as a sheriff's deputy for the CITY OF SAN FRANCISCO; DEPUTY LOVE, individually, and his capacity as a sheriff deputy for the CITY OF SAN FRANCISCO; MICHAEL HENNESSEY in his capacity as SHERIFF for the CITY OF SAN FRANCISCO; DOES 1-100, inclusive; individually and in their capacities as SHERIFFS for the CITY OF SAN FRANCISCO,<br><br>         Defendants. | Case No. CV-10-05883<br><br>**STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT** |

1    WHEREAS, the parties have reached a settlement in this case;

2    WHEREAS, the settlement is contingent upon approval by the San Francisco Sheriff's
3 Department;

4    Accordingly, the parties respectfully request that the Court vacate the initial case management
5 conference, presently scheduled for July 27, 2011 at 1:30 p.m., to allow defendants to seek the
6 necessary approvals and to allow the parties to effectuate the settlement.  The parties will inform the
7 Court in writing once all terms of the settlement have been fully executed.

9 Dated:  July 5, 2011

```
                                        DENNIS J. HERRERA
                                        City Attorney
                                        JOANNE HOEPER
                                        Chief Trial Deputy
                                        JOSHUA S. WHITE
                                        Deputy City Attorneys

                                        /s/ Joshua S. White
                                    By:_____
                                        JOSHUA S. WHITE

                                        Attorneys for Defendants
                                        CITY AND COUNTY OF SAN FRANCISCO,
                                        DEPUTIES LOVE AND EDWARDS
```

Dated: July 5, 2011                     LAW OFFICES OF JOHN BURRIS
                                        BEN NISENBAUM

                                        */s/ Ben Nisenbaum*

                                    By:_____ _____
                                        BEN NISENBAUM
                                        Attorney for Plaintiff JORGE MACAY

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The CMC is reset from 7/27/11 to 10/28/11 at 9:00 a.m. in Courtroom 5, 17th Floor.  A joint CMC statement shall be filed by 10/21/11.  These deadlines will be vacated once a stipulation for dismissal is filed.

Dated:
7/7/11                              _____
                                    HON. EDWARD M. CHEN
                                    U.S. District Court Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Stipulation and Proposed Order                                c:\documents and settings\mamartin\local
Case No. CV10-05883                                           settings\temp\notesfff692\macay.stip.doc