JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
(510) 839-5200

Attorney for Plaintiff
JORGE MACAY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MACAY, | Case No. CV-10-05883 |
| Plaintiff, | **NOTICE OF DISMISSAL AND ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; DEPUTY EDWARDS #1355, individually, and in his capacity as a sheriff's deputy for the CITY OF SAN FRANCISCO; DEPUTY LOVE #1604, individually, and in his capacity as a police officer for the CITY OF SAN FRANCISCO; MICHAEL HENNESSEY in his capacity as SHERIFF for the CITY OF SAN FRANCISCO; DOES 1-100, inclusive; individually and in their capacities as SHERIFFS for CITY OF SAN FRANCISCO | |
| Defendants. / | |

PURSUANT TO EXECUTION OF THE SETTLEMENT AGREEMENT, The parties hereby stipulate to the dismissal of the instant-action, in its totality with prejudice pursuant to FRCP 41(a)(1), each side to bear their own fees and costs.

NOTICE OF DISMISSAL - 1

| | |
|---|---|
| Dated:  October 7, 2011 | **THE LAW OFFICES OF JOHN L. BURRIS** |
| | /s/ *Benjamin Nisenbaum* |
| | Benjamin Nisenbaum |
| | Attorneys for Plaintiff |
| | |
| Dated:  October 7, 2011 | /s/ *Joshua White* |
| | Joshua White Deputy City Attorney |
| | Attorney for Defendants |

## ORDER

PURSUANT TO THE PARTIES' STIPULATION and execution of the settlement agreement in this action, the above-noted action is hereby dismissed with prejudice, each side to bear their own costs and fees.

IT IS SO ORDERED.

DATED: 10/26/11

_____
Honorable
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*